UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHNSON WELDED PRODUCTS, INC. and LILLI JOHNSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary, United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil No. 16-557 (ESH) |

## ORDER

Upon consideration of plaintiffs' Unopposed Motion for Preliminary Injunction and Stay of Proceedings, June 15, 2016 [ECF No. 8] and for good cause shown, plaintiffs' motion is hereby **GRANTED**.  Consistent with the Supreme Court's *per curiam* decision in *Zubik v. Burwell*, it is **ORDERED**:

> Nothing in this [Order] is to affect the ability of the Government to ensure that women covered by [Plaintiffs'] health plans "obtain, without cost, the full range of FDA approved contraceptives." *Wheaton College v. Burwell*, 573 U.S. __, __ (2014) (slip op. at 1). Through this litigation, [Plaintiffs] have made the Government aware of their view that they meet "the requirements for exemption from the contraceptive coverage requirement on religious grounds." *Id*. at __ (slip op., at 2). Nothing in this [Order] "precludes the Government from relying on this notice, to the extent it considers it necessary, to facilitate the provision of full contraceptive coverage" going forward. *Ibid*. Because the Government may rely on this notice, the Government may not impose taxes or penalties on [Plaintiffs] for failure to provide the relevant notice.

*Zubik v. Burwell*, Nos. 14-1418, 14-1453, 14-1505, 15-35, 15-105, 15-119, 15-191, 2016 U.S.

1

LEXIS 3047 (U.S. May 16, 2016).

This Order shall remain in effect until further order of the Court.

It is further **ORDERED** that all proceedings in this case are stayed until thirty (30) days after the final resolution of the consolidated appeals in *Priests for Life v. U.S. Department of Health and Human Services*, Nos. 13-5368, 13-5371, 14-5021 (D.C. Cir.), which were remanded to the U.S. Court of Appeals for the D.C. Circuit following the U.S. Supreme Court's *per curiam* decision in *Zubik*.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 16, 2016